**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Robert S. Sola, OSB No. 844541**
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201
rssola@msn.com
Telephone 503-295-6880

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LIZBETH HANSEN** | Case No. 3:22-cv-00027-YY |
| Plaintiff | **NOTICE OF DISMISSAL** |
| vs | |
| **WELLS FARGO BANK N.A.** | |
| Defendant | |

**NOTICE OF DISMISSAL** – Page 1 of 3

## NOTICE OF DISMISSAL

Under FRCP 41 this action is dismissed.

February 2, 2022

                                         **RESPECTFULLY FILED,**

                                         s/ Michael Fuller
                                         **Michael Fuller, OSB No. 09357**
                                         OlsenDaines
                                         US Bancorp Tower
                                         111 SW 5th Ave., Suite 3150
                                         Portland, Oregon 97204
                                         michael@underdoglawyer.com
                                         Direct 503-222-2000

                                         Of Attorneys for Plaintiff

**NOTICE OF DISMISSAL** – Page 2 of 3

## CERTIFICATE OF SERVICE

I caused this document to be served on all parties via the CM/ECF system.

February 2, 2022

                                              s/ Michael Fuller
                                              **Michael Fuller, OSB No. 09357**
                                              OlsenDaines
                                              US Bancorp Tower
                                              111 SW 5th Ave., Suite 3150
                                              Portland, Oregon 97204
                                              michael@underdoglawyer.com
                                              Direct 503-222-2000

                                              Of Attorneys for Plaintiff

**NOTICE OF DISMISSAL** – Page 3 of 3